In the Matter of KEVIN PATRICK BRADY, Appellant, v JEROME C. GORSKI et al., Respondents.

Submitted December 11, 2006; decided February 20, 2007

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion to consolidate appeals dismissed as academic.

Chief Judge KAYE and Judge PIGOTT taking no part.

STACIE CALIAN, Appellant, v ERIC CALIAN, Respondent.

Submitted December 4, 2006; decided February 20, 2007

Motion for leave to appeal dismissed as untimely. The prior motion for leave to appeal made to the Appellate Division was untimely (*see* Karger, Powers of the New York Court of Appeals § 12:3, at 436-437 [3d ed rev 2005]).

CATHOLIC CHARITIES OF THE DIOCESE OF ALBANY et al., Appellants, v GREGORY V. SERIO, as Superintendent of Insurance, Respondent.

Submitted December 4, 2006; decided February 20, 2007

Motion for reargument denied [*see* 7 NY3d 510].